Glenn B. Carey
**ABROMSON & CAREY**
60 Park Place, Suite 509
Newark, NJ 07102
GBC7974

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA MANLEY | |
| Plaintiff, | Civil Action |
| v. | Docket No. -cv- 10-6784-SRC |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. Sec. 1915;

IT IS ORDERED that the application is:

✓ **GRANTED**, and

✓ The clerk is directed to file the complaint, and

✓ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshall serve a copy of the complaint, summons and this Order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

__ **DENIED**, for the following reasons:

_____
_____

ENTER this 19 day of Jan, 2011

_____
U.S.D.J.